1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  rsimmons@sheppardmullin.com
   333 South Hope Street, 43rd Floor
4  Los Angeles, California 90071-1448
   Telephone: 213-620-1780
5  Facsimile: 213-620-1398

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
7     Including Professional Corporations
   MATTHEW M. SONNE, Cal. Bar No. 239110
8  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
9  Costa Mesa, California 92626-1993
   Telephone: 714.513.5100
10 Facsimile: 714.513.5130

11 Attorneys for Defendants
   BENIHANA INC. and BENIHANA
12 NATIONAL CORP.

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

17 HISAKO JANSSEN,                    Case No. SACV11 - 1980 AG (RNBx)

18              Plaintiff,            [Superior Court Case No. 30-2011-00518502]

19        v.
                                      **NOTICE OF REMOVAL OF
20 BENIHANA, INC., BENIHANA           ACTION PURSUANT TO 28 U.S.C.
   NATIONAL CORP. and DOES 1          § 1332, 29 U.S.C. § 1441(a)
21 through 50, inclusive,             (DIVERSITY JURISDICTION)**

22              Defendants.

23                                    Complaint Filed: October 27, 2011

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that defendants Benihana Inc., and Benihana National Corp. (collectively, "Defendants") hereby remove the matter of <u>Hisako Janssen v. Benihana Inc., Benihana National Corp. and Does 1 through 50, inclusive,</u> to the United States District Court, Central District of California, on the grounds that it is a civil action wherein the amount in controversy exceeds the sum of $75,000 and is between citizens of different states.

In accordance with 28 U.S.C. 1446(a), the following is a short and plain statement of the grounds for removal of the case and a listing of pleadings to date.

1.  On October 27, 2011, plaintiff Hisako Janssen ("Plaintiff") filed a Complaint against Defendants in the Superior Court. Service of the Complaint was accepted on November 22, 2011. A copy of the Complaint is attached as Exhibit A to the Declaration of Matthew M. Sonne, along with a copy of the Notice of Acknowledgement and Receipt, Summons, Civil Case Cover Sheet, Statement of Damages, Civil Department Calendar Scheduling Chart, and Alternative Dispute Resolution Information Package.

2.  Defendant Benihana Inc., filed its Answer in state court on December 20, 2011. Defendant Benihana National Corp. filed its Answer in state court on December 21, 2011. True and correct copies of the Answers and Proofs of Service are attached to the Declaration of Matthew M. Sonne as Exhibit B. Defendants are informed and believe that no process, pleadings or orders have been

filed in state court other than the items copies of which are attached hereto as Exhibits A and B.

3. *Timely Filing of Notice*. Defendants have filed this Notice pursuant to 28 U.S.C. § 1446(b) in a timely fashion, in that this Notice has been filed within 30 days of service of the Complaint on Defendant. 28 U.S.C. § 1446(b). See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc. 526 U.S. 344, 354 (1999). Because this Notice has been filed within 30 days of November 22, 2011, it is timely.

4. *Diversity Jurisdiction*: This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, and removal is proper under 29 U.S.C. § 1441(a) in that:

    a. For diversity purposes, a person is a "citizen" of the state in which he is domiciled. See Kantor v. Wellesley Galleries, Ltd., 704 F.2d 1088, 1090 (9th Cir. 1983). A party's residence is prima facie evidence of his domicile. See State Farm Mut. Auto Ins. Co. v. Dyer, 29 F.3d 514, 520 (10th Cir. 1994). Plaintiff is a citizen of the State of California. The Complaint alleges that Plaintiff is a resident of the State of California. (Complaint, ¶ 2.)

    b. Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." Benihana Inc., ("Benihana") was at the time of the filing of this action and still is a citizen of the State of Florida where it has its principal place of business. (Complaint, ¶ 3). Benihana's

-2-

W02-WEST:3MMS1\404316271.1      NOTICE OF REMOVAL

corporate headquarters are located in Miami, Florida, and it is incorporated in Delaware. (Casey Decl. ¶¶ 2, 4-5; Exhs. B, C). Benihana's corporate policies and procedures are formulated in its executive and administrative headquarters which are located in Miami, Florida. (Casey Decl. ¶¶ 2, 4-5; Exhs. B, C). The "nerve center" of Benihana is therefore found in Florida. See Hertz Corp. v. Friend, 130 S.Ct. 1181, 1186 (2010) ("the phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities. Lower federal courts have often metaphorically called that place the corporation's 'nerve center.'").

  c. Co-Defendant Benihana National Corp. was also at the time of the filing of this action and still is a citizen of the State of Florida where it has its principal place of business. (Complaint, ¶ 4.). Benihana National Corp.'s corporate headquarters are located in Miami, Florida, and it is incorporated in Delaware. (Casey Decl. ¶¶ 2, 4-5; Exhs. B, C). Benihana National Corp.'s corporate policies and procedures are formulated in its executive and administrative headquarters which are also located in Miami, Florida. (Casey Decl. ¶¶ 2, 4-5; Exhs. B, C). The "nerve center" of Benihana National Corp. is therefore found in Florida.

  d. Although Plaintiff does not pray for a specific dollar amount, the Complaint pleads claims for harassment under FEHA, as well as claims for wrongful termination, discrimination, violation of public policy, and failure to prevent discrimination/harassment.

Assuming that Plaintiff's suit is successful, the amount in controversy requirement is clearly met. See Jackson v. American Bankers Ins. Co. 976 F.Supp.1450, 1454 (S.D. Ala. 1997) ("[t]he appropriate measure [of the amount in controversy] is the litigation value of the case *assuming* that the allegations of the complaint are true and *assuming a jury returns a verdict for the plaintiff on all claims made in the complaint*) (emphases added); Kenneth Rothschild Trust v. Morgan Stanley Dean Witter (C.D. Cal 2002) 199 F.Supp.2d 993, 1001 (amount in controversy is based on assumption that plaintiff prevails on all claims).

  e. Specifically, Plaintiff prays for the following:

    (1) Lost salary (Complaint, p. 14.) Plaintiff's 2009 salary -- the last full year she worked for Benihana -- was approximately $31,500. (Casey Decl. ¶ 3; Exh. A). Assuming that plaintiff prevailed at trial within a year of her filing of the Complaint, Plaintiff would potentially be entitled over two years of back wages by then, or approximately $68,500 in backpay. See also Parker v. Twentieth Century-Fox Film Corp. (1970) 3 Cal.3d 176, 181 (under FEHA, prevailing plaintiffs are entitled to backpay in the amount they would have received absent

the termination). Plaintiff has also asked for interest on these wages (prayer in Complaint, p. 7 lines 8, 15.)[1]

(2) Compensation for mental and emotional distress (Complaint, p. 3 lines 6-7; p. 4 lines 12-14; p. 5 lines 22-24; page 6 lines 18-20.) See Cal. Gov't Code § 12970 (emotional distress damages recoverable under FEHA).

(3) Punitive damages (Complaint, p. 3 lines 5-7; page 4 lines 21-24; page 6 lines 4-7; page 6 lines 24-27; page 7 lines 7, 14. See Weeks v. Baker & McKenzie (1998) 63 Cal.App.4th 1128, 1147-1148 (punitive damages recoverable under FEHA actions); Anthony v. Security Pac. Fin'l Services, Inc. (7th Cir. 1996) 75 F.3d 311, 315 (punitive damages factored into amount in controversy if they are recoverable under state law).

(4) Attorneys' fees (Complaint, p. 3 lines 11-13; p. 4 lines 18-20; page 6 lines 1-3; page 7 line 2. See Cal. Gov't Code § 12965(b) (authorizing courts to award attorneys' fees in FEHA actions); Galt G/S v. JSS Scandinavia (9th Cir. 1998) 142 F.3d 1150, 1155 (where attorneys' fees are allowed by statute, they are considered as part of the amount in controversy calculus).

---

[1] Moreover, Plaintiff's own "Statement of Damages" provides that "in excess of $5,000,000" of general damages is in controversy, and "in excess of $5,000,000" of special damages is in controversy. Those admissions further establish that the amount in controversy requirement is been satisfied. (Statement of Damages, ¶¶ 1-2).

      f.    Counsel for Benihana have defended numerous claims for alleged discrimination against corporate employers, including claims alleging age discrimination. Based on that experience, discovery and settlement discussions consistently reveal that a typical claim in an action such as this regularly exceeds $75,000, especially when the plaintiff seeks to recover attorneys' fees. (See Sonne Dec. at ¶ 2.)

      g.    Based on both Plaintiff's actual prayer for relief and defense counsel's previous experience, Benihana is informed and believes that the amount in controversy exceeds $75,000. See White v. FCI USA, Inc. (5th Cir. 2003) 319 F.3d 672, 675 ("the lengthy list of compensatory and punitive damages sought by [the plaintiff], when combined with attorney's fees" demonstrated that the amount in controversy exceeded $75,000").

5.    Defendants jointly consent to the removal of this action. The defendants designated as Does 1 through 50 are fictitious defendants. Defendants are informed and believe, and on that basis, allege that none of the fictitiously named defendants have been served with a copy of the Summons and Complaint. Therefore, the fictitiously named defendants are not parties to the action and need not consent to removal. (See Fristoe v. Reynolds Metals Co., 615 F. 2d 1209, 1213 (9th Cir. 1980).)

6.    A copy of this Notice of Removal will be served on Plaintiff's counsel and filed with the Superior Court in and for the County of Orange.

1  WHEREFORE, Defendants remove the original action brought by
2  Plaintiff, now pending in the Superior Court of the State of California in and for the
3  County of Orange, to this Court.

Dated: December 22, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *[signature]*
MATTHEW M. SONNE

Attorneys for Defendants
BENIHANA INC. and BENIHANA
NATIONAL CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

### SACV11- 1980 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
HISAKO JANSSEN

**DEFENDANTS**
BENIHANA, INC., BENIHANA NATIONAL CORP. and DOES 1 through 50, inclusive,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Heather McMillan/Janeen Carlberg/Daniel P. Stevens
Stevens, Carlberg & McMillan
335 Centennial Way
Tustin, CA 92780
Tel: 714-730-1000; Fax: 714-730-1067

**Attorneys** (If Known)
Richard J. Simmons, SBN 72666
Matthew M. Sonne, SBN 239110
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Tel: 714-513-5100; Fax 714-513-5130

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Diversity - 28 U.S.C. sec. 1332; 29 U.S.C. sec. 1441(a).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☒ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Act | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV11 - 1980 AG (RNBx)

**FOR OFFICE USE ONLY:** Case Number:
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/ Matthew M. Sonne_  Date December 22, 2011
Matthew M. Sonne

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |