UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  SACV 11-1980 JST (RNBx) | Date:  January 30, 2012 |
| Title:  Hisako Janssen v. Benihana, Inc., et al. | |

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH LOCAL RULE 7-3**

On January 20, 2012, Plaintiff filed a Notice of Motion and Motion for Leave to File First Amended Complaint and Remand Action to State Court.  (Doc. 15.)  Under Local Rule 7-3, "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution."  C.D. Cal. R. 7-3.  The purpose of Local Rule 7-3 is to help the parties "reach a resolution which eliminates the necessity for a hearing . . . ."  C.D. Cal. R. 7-3.  If the parties are unable to resolve their differences and are forced to bring the matter before the court, counsel for the moving party must include in the notice of the motion, a statement to the effect that "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."  *Id.*

The Court notes that Plaintiff's Notice of Motion states that Plaintiff attempted to meet and confer pursuant to Local Rule 7-3, but that Plaintiff "was refused as further described in the declaration of Janeen Carlberg."  (Doc. 15 at 4.)  The cited portion of the Carlsberg declaration merely states, however, that Plaintiff's counsel sent a letter to Defendants' attorneys in advance of filing the instant motion, notifying them of the inadvertent omission of a party from the complaint and Plaintiff's position on removal.  (Doc. 15, Carlberg Decl. ¶ 23.)  Plaintiff's explanation of its attempt to meet and confer under Local Rule 7-3 is so vague that the Court cannot determine if Plaintiff complied with the Rule.  Therefore, the Court orders Plaintiff to show cause in writing, **no later than February 2, 2012**, as to why the Court should not strike the Notice of Motion and Motion for Leave to File First Amended Complaint and Remand Action to State Court (Doc. 15) for failure to comply with Local Rule 7-3.

Initials of Preparer:  enm